IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROY WARREN SNIDER | § | |
| #57390-177 | § | |
|      Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-CV-2020-D-BW |
| | § | |
| WILLIAM K. MARSHALL, III, | § | |
| Director of BOP, | § | |
|      Respondent. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 3) will be denied with prejudice by separate judgment.

If petitioner files a notice of appeal, petitioner

☐ may proceed *in forma pauperis* on appeal.

☒ must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED** April 16, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE